UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON L. SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | CASE NO. 1:13-cv-2030 LJO-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE NO LATER THAN **January 14, 2014** |

On December 9, 2013, Plaintiff, proceeding pro se, filed a complaint in this civil action. (Doc. 1). Plaintiff has not submitted a completed in forma pauperis application pursuant to 28 U.S.C. § 1915, nor has he paid the $400.00 filing fee. Accordingly, IT IS HEREBY ORDERED that:

**No later than January 14, 2014**, Plaintiff shall submit the attached application to proceed informa pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

Failure to comply with this order will result in this action be dismissed.

IT IS SO ORDERED.

Dated: __December 17, 2013__        /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE